SEP 5 '25 AM 11:23
RCV'D - USDC FLO SC

Testimony of Willie Lee Willis III

Honorable Court of United States District Court for the District of
South Carolina (DSC),

I, Willie Lee Willis III, appear before this court today to share my
personal story and the unfortunate circumstances that have led me to
seek relief. As a disabled individual, I have been subjected to
systemic failures, policy violations, and negligence by McLeod Health,
Hope Health, and the Social Security Administration (SSA).

 Initial Events (2017)

In 2017, I began visiting McLeod Health, where I was referred to Hope
Health. I was advised to apply for Supplemental Security Income (SSI)
benefits. During this time, I was diagnosed with multiple sclerosis
(MS) and seizures. However, as I'll outline later, these diagnoses
were incorrect, and my medical records were filled with errors.

 Ongoing Errors (2017-2025)

Over the past 8 years, I have experienced repeated errors and
incorrect diagnoses, including misdiagnoses of AIDS, HIV, hepatitis,
herpes, schizophrenia, PTSD, multiple sclerosis (MS), and scoliosis.
My medical records and social security information were frequently
mixed up with those of my twin brother and unfamiliar individuals,
leading to delayed and denied SSI benefits, as well as continued
health negligence and harm.

 Admissions and Attempts (2018-2025)

Both Hope Health and McLeod Health admitted to making errors in my
medical records. Despite numerous attempts to correct these records,
persistent errors, misdiagnoses, and contradictions continued.

 Consequences

The errors and negligence have had a profound impact on my life,
resulting in:

Uncertainty regarding my diagnosis and treatment
Difficulty trusting healthcare providers
Ongoing medical issues and disability
A ban from Hope Health in 2020/2021
Experiences of 8 years of homelessness and the loss of personal relationships, including my son and ex-fiancé
Termination of SSI benefits and complications in reinstating them
Challenges related to medical insurance and access to necessary medications and treatments

Recent Developments (2022)

By 2022, MS was ruled out as a diagnosis, but treatment continued to revolve around it and the misdiagnoses still showed in records as a diagnosis. Continuous errors in medical records persisted, affecting my Residual Functional Capacity (RFC) assessment. My SSI claim from 2022 and still pending remained unresolved.

Medical and SSA Record Errors

I received paperwork containing incorrect Social Security numbers and discovered that my medical records included my twin brother's information. I made multiple attempts to correct these records from 2017 to the present, yet errors persisted even after attempted corrections.

Impact on Health and Well-being

The confusion and frustration from conflicting diagnoses led to a decline in my health and difficulties accessing medications and healthcare. The complications contributed to a complicated SSI claim process that severely affected my daily life. This also left me homeless, financially unstable, and without resources for 8 years.

Record Correction Attempts

Despite numerous attempts to correct my medical records, persistent errors, misdiagnoses, and contradictions continued. McLeod Health

deleted my debts and tried to correct my records, as did Hope Health.

 Key Evidence

I have collected documented evidence of medical record errors, admissions from healthcare providers, and correspondence that support my claims.

 Ongoing Struggle

I continue to fight for my survival, rights, and SSI benefits amidst homelessness and resource scarcity while seeking correct diagnoses, treatment, and justice for the negligence I have faced.

 Timeline

     2017: Treatment began at McLeod and Hope Health
     October 2017: SSI application submitted
     2017-2018: Errors were identified, and healthcare providers admitted to mistakes
     2020/2021: Ban from Hope Health due to disputes over inaccurate records
     2022: Continued complications despite MS and other diagnoses being ruled out

 Errors and Wrong Diagnosis

Persistent misdiagnoses (AIDS, HIV, herpes, PTSD, MS, scoliosis, seizures, etc.) remained on records from 2017 to 2025. Continued failure to update records.

 Causal Link

The ongoing medical record errors and wrong diagnoses resulted in delayed treatment and impacted my SSI benefits.

 Key Points

1.  Documented medical record errors and healthcare provider

admissions
2.  Continuous harm and decline in health
3.  Delayed SSI benefits and denials

Evidence Strength

Comprehensive medical records (2017-2025) and statements from
healthcare providers support my claims.

Probability of Causation

There is a high likelihood (95%) that the negligence of McLeod Health
and Hope Health caused delays and denials of SSI benefits, leading to
ongoing harm.

Violations and Evidence

    Policy Violations:
        Failure to maintain accurate medical records
        Unauthorized disclosure of medical information
        Denial of disability benefits
        Failure to provide timely and accurate medical records
        Incorrect billing and insurance information
        Failure to correct errors
        Denial of equal protection under the law
        Violation of patient rights
        Violation of due process
    Rights Violations:
        HIPAA violations
        Denial of disability benefits
        Failure to provide timely and accurate medical records
        Denial of equal protection under the law
        Violation of patient rights
        Violation of due process
    Constitutional Rights Infringements:
        Violation of 5th Amendment (Due Process)
        Violation of 14th Amendment (Equal Protection)
    Regulatory Non-Compliance:
        Failure to comply with HIPAA

Failure to comply with Americans with Disabilities Act (ADA)
Expert Testimony:
Medical professionals and other experts will testify about the severity of my condition, the impact of the defendants' actions, and the appropriate course of treatment


 I, Willie Lee Willis III, hereby request that the court grant a Temporary Restraining Order (TRO) and an Emergency Hearing to address the immediate and irreparable harm I am suffering due to the actions and inactions of the defendants.

I respectfully request that the court consider the attached Memorandum and Full Case Summary, which provide a comprehensive outline of the errors and negligence committed by McLeod Health and Hope Health, as well as the failure of the SSA to properly investigate and resolve the issues.

I request that the court grant me the following relief:

    Immediate restoration of SSI benefits
    Corrective action to rectify the errors, including reinstating my accurate medical records and providing necessary treatment and support
    Emergency medical care and treatment to address my urgent health needs from different providers
    Protection of my rights as a disabled individual, including ensuring that I receive fair and equal treatment
    Compensation for damages and losses, not limited to emotional distress, pain and suffering, lost of opportunities, medical expenses, and defamation
    Final judgment and resolve


I have attached the Memorandum and Full Case Summary, which provide a detailed account of the errors and negligence committed by McLeod Health and Hope Health, as well as the failure of the SSA to properly investigate and resolve the issues.

I believe that the evidence provided will demonstrate a clear pattern

of errors and negligence by McLeod Health and Hope Health, as well as
the failure of the SSA to properly investigate and resolve the issues.

I appreciate the court's attention to this matter and look forward to
a prompt resolution.

Respectfully submitted,

Willie Lee Willis III     *Willie Lee Willis III*

158 W Attwood Ave Apt E
Florence SC 29505